AUSA Srinivasan

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
February 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**AD**_____
DEPUTY

United States of America, §
§
v. §
§    Case Number: 1:23-mj-110-DH
**Efrain Rodriguez-Perez** §
§
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 8, 2023**, in the county of **Travis**, in the Western District of Texas, the defendant, **Efrain Rodriguez-Perez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 8, 2023**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **September 24, 2009**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

February 28, 2023                                   Austin, Texas
_____       at     _____
Date                                                City and State

Dustin Howell
United States Magistrate Judge
_____              _____
Name & Title of Judicial Officer              Signature of Judicial Officer